# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1115
_____

ANDY STEVEN HERNANDEZ,
Personal Representative of the
Estate of Orlando Hernandez,

     Appellant,

     v.

GUEST SERVICES, INC. and
TRAVELERS INSURANCE,

     Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Frank J. Clark, Judge.

Date of Accident: June 16, 2024.

June 30, 2026

PER CURIAM.

     AFFIRMED.

ROWE, BILBREY, and LONG, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Toni Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Steven H. Preston and Lindsey A. Hicks of Hicks, Porter & Stein, P.A., Miami, for Appellees.